No. 390. GILBERT D. HEDDEN, TRANSFEREE, v. COMMISSIONER OF INTERNAL REVENUE;

No. 391. CONNEEN, TRANSFEREE, v. SAME.

No. 392. HATTIE S. HEDDEN, TRANSFEREE, v. SAME; and

No. 393. GERTRUDE S. HEDDEN, TRANSFEREE, v. SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Frederick H. Wood* and *Ralph E. Lum* for petitioners. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Maurice J. Mahoney* for respondent. Reported below: 105 F. 2d 311.

No. 164. ILLINOIS EX REL. HOLLIE ET AL. v. CHICAGO PARK DISTRICT ET AL. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Walter F. Dodd, Myer N. Rosengard,* and *Samuel A. Rinella* for petitioners. *Mr. Joseph B. Fleming* for respondents.

No. 165. CLIFFS CORPORATION v. UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Luther Day* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warner W. Gardner* for the United States.

No. 166. CABLE v. COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Nelson Anderson* for petitioner. *Solici-*